## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| **of AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RUBEN BORIA** | : | **No. 07-151-2** |

## M E M O R A N D U M

**AND NOW**, this 4ᵗʰ day of November, 2010, upon consideration of Defendant Ruben Boria's Motion for a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure (Docket No. 85), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE